# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANTOINE FAIR,

    Plaintiff,

v.                                                                  Case No. 8:21-cv-1059-T-KKM-TGW

EQUIFAX INFORMATION
SERVICES LLC,

    Defendant.
_____/

## ORDER

    The Court has been advised that this case has settled. (*See* Doc. 10). Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within 30 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on June 18, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge